# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Donald E Franklin**<br>    Debtor | Case No.:  09−13185−SDB<br>Judge:  Susan D. Barrett<br><br>Chapter:  13 |

## NOTICE OF DEFICIENCY

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

The pleading or document, Application for Disbursement of Unclaimed Funds , which you recently filed in the above captioned case is deficient for the reason(s) indicated:

( ☐ )  Fee not paid. Filing fee of $ due. Check must be payable to Clerk, U.S. Bankruptcy Court. Debtor checks are not accepted. Attorney filers shall pay electronically through Pay.gov.

( ☐ )  Document unsigned or does not contain original or electronic signature.

( ☐ )  The name of the Filing User under whose log−in and password the document is submitted must be preceded by an "s/" and typed in the space where the signature would otherwise appear pursuant to ECF Local Rule 8.

( ☐ )  Amendments must be verified by debtor(s).

( ☐ )  The pdf image attached is incorrect. Please re−docket the pleading and attach the correct pdf image.

( ☐ )  A proposed Order must accompany the pleading (Local Bankruptcy Rule 9072−1(a)).

( ☐ )  The language in your proposed order must be consistent with the relief prayed for in your objection or motion.

( ☐ )  Service of process on an insured depository institution shall be made by certified mail addressed to an officer of the institution unless the institution has appeared by its attorney, in which case the attorney shall be served by first−class mail.

( ☐ )  Pursuant to Rules 9014 and 7004, service upon corporations and associations must be made to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process.

( ☐ )  Amended Certificate of Service must be submitted.

( ☐ )  Documents must comply with the Court's negative notice procedure. Notice of these procedures and copies of these forms are available on the Court's website at www.gasb.uscourts.gov.

( ☐ )  Certificate of Service omitted or unsigned.

( ☐ )  Your pleading or document was filed on an outdated form. Please re−file within fourteen (14) days from the entry of this notice using the appropriate form. Current bankruptcy forms may be located on the U S Courts website, http://www.uscourts.gov/forms/bankruptcy−forms.

( ☑ )  The Judge on this case is only accepting E−Orders. Please email a new proposed order in E−Order format to wendy_pena@gas.uscourts.gov

( ☑ )  The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before March 8, 2016*** , the matter may be dismissed or denied.

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
PO Box 1487
Augusta, GA 30903

Dated **February 23, 2016**
*B−57[Rev. 12/15]* **WTP**